**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:                                        §                    Case No. 21-3_____
     Jeffrey Wayne Chambers, and    §                    Chapter 11
     Amanda Leonard Chambers,       §
     *Debtors.*                              §

**VERIFIED STATEMENT OF AMANDA L. CHAMBERS**

STATE OF TEXAS                              §
                                   §
COUNTY OF MONTGOMERY               §

    BEFORE ME, the undersigned authority, on this day personally appeared Amanda
Leonard Chambers, who after being duly sworn stated:

1. I am over the age of 21 years, I am the Joint-debtor in the above styled case.
2. I make this affidavit to certify that I understand the Debtor's reporting requirements, specifically, the filing of financial reports in a Chapter 11 bankruptcy case.
3. I certify that I have not generated balance sheet, P&L or cash flow statements at any time in my personal finances.

Dated: May 6, 2021.

_____
Amanda Leonard Chambers

    SUBSCRIBED AND SWORN TO BEFORE ME on this the 6th day of May, 2021, to
which I certify by my hand and seal of office.

(Seal)

_____
Notary Public, State of Texas
My Commission expires: _____



DONALD LOUIS WYATT, JR.
Notary Public, State of Texas
Comm. Expires 06-03-2021
Notary ID 125161153

